**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:25-cv-03856 |
| KELLER-HEARTT COMPANY, INC. and DOUGLAS SLUITER, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Crum and Forster Specialty Insurance Company, by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action without prejudice, with each party to bear their own fees and costs.

Dated: May 19, 2025

Respectfully Submitted,

By:     */s/ Colin B. Willmott*
        James J. Hickey, Atty. No. 6198334
        Colin B. Willmott, Atty. No. 6317451
        James.Hickey@kennedyslaw.com
        Colin.Willmott@kennedyslaw.com
        KENNEDYS CMK
        30 S. Wacker Drive, Suite 3650
        Chicago, IL 60606
        Phone: (312) 800-5029
        Fax: (312) 207-2110
        *Attorneys for Crum and Forster Specialty Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I, Tammy McCann, a non-attorney, hereby certify that I electronically filed the <u>above mentioned document</u> with the Clerk of the Northern District of Illinois using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of the above document on <u>May 19, 2025</u>.

<u>/s/ Tammy McCann</u>

**Kennedys Law**
**30 South Wacker Drive**
**Suite 3650**
**Chicago, Illinois 60606**