**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Crum and Forster Specialty Insurance Company

                     Plaintiff,

v.                                      Case No.: 1:25–cv–03856
                                      Honorable Jorge L. Alonso

Keller–Heartt Company, Inc., et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: In light of Plaintiff's notice of voluntary dismissal [6], this case is dismissed without prejudice. Status hearing previously set for 6/3/25 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.